JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA D. MEJIA; SALVADOR MELGOZA, MARIA GUADALUPE MELGOZA, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN BERNARDINO, et al., <br><br> Defendants. | Case No. EDCV 11-00452 VAP (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Summary Judgment filed concurrently herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendants, that Plaintiffs take nothing on their Complaint, and that their action be DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: March 30, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge